UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

FILED / ENTERED
RECEIVED / SERVED ON
COUNSEL/PARTIES OF RECORD

JUL 25 2008

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
                          DEPUTY

KENNETH LAW,                       )    3:07-CV-0262-ECR-VPC
                                   )
    Plaintiff,                     )    MINUTES OF THE COURT
                                   )
vs.                                )    DATE: JULY 24, 2008
                                   )
E. K. MC DANIEL, et al.,           )
                                   )
    Defendants.                    )
_____)


PRESENT:    _____EDWARD C. REED, JR._____          U. S. DISTRICT JUDGE

Deputy Clerk: ____COLLEEN LARSEN____    Reporter: ____NONE APPEARING____

Counsel for Plaintiff(s) _____NONE APPEARING_____

Counsel for Defendant(s) _____NONE APPEARING_____

MINUTE ORDER IN CHAMBERS

    On June 27, 2008, the Magistrate Judge filed a Report and Recommendation (#34) recommending that Defendants' Motion to Dismiss (#24) be granted as to Defendants E. K. McDaniel and Adam Endel in their official capacities and denied as to all other claims. No objections were timely filed.

    The Report and Recommendation (#34) is well taken and is **APPROVED** and **ADOPTED** by the Court.

    **IT IS, THEREFORE, HEREBY ORDERED** that the Motion to Dismiss (#24) is **GRANTED** as to Defendants E. K. McDaniel and Adam Endel in their official capacities and **DENIED** as to all other claims.

    Plaintiff's Motion (#35) appears to the Court to be a request for the clerk to amend the docket entry with respect to Plaintiff's Opposition (#30) to the Motion to Dismiss (#24) to reflect that Plaintiff opposed the Motion (#24) with respect to all of the named Defendants. The docket entry is of no consequence, and **IT IS HEREBY ORDERED** that the Motion (#35) is **DENIED** as moot.

LANCE S. WILSON, CLERK

By _____/s/_____
   Deputy Clerk