```
                    UNITED STATES DISTRICT COURT
                        DISTRICT OF NEVADA
                          RENO, NEVADA
```

KENNETH LAW,                          )    3:07-CV-0262-ECR-VPC
                                      )
    Plaintiff,                        )    MINUTES OF THE COURT
                                      )
vs.                                   )    DATE: SEPTEMBER 17, 2008
                                      )
E. K. MC DANIEL, et al.,              )
                                      )
    Defendants.                       )
_____)

PRESENT:      EDWARD C. REED, JR.                    U. S. DISTRICT JUDGE

Deputy Clerk:    COLLEEN LARSEN      Reporter:    NONE APPEARING

Counsel for Plaintiff(s)              NONE APPEARING

Counsel for Defendant(s)              NONE APPEARING

MINUTE ORDER IN CHAMBERS

    On August 20, 2008, the Magistrate Judge filed a Report and Recommendation (#37) recommending that the Motion to Dismiss (#22), filed by William Eleby on January 4, 2008, be granted as to Plaintiff's claims against Defendant Eleby in his official capacity for money damages, and denied as to the remainder of Plaintiff's claims.

    No objections were timely filed.

    The Report and Recommendation (#37) is well taken and is **APPROVED** and **ADOPTED** by the Court.

    **IT IS, THEREFORE, HEREBY ORDERED** that the Motion to Dismiss (#22) is **GRANTED** as to Plaintiff's claims against Defendant Eleby in his official capacity for money damages, and **DENIED** as to the remainder of Plaintiff's claims.

                                                   LANCE S. WILSON, CLERK

                                                   By      /s/
                                                           Deputy Clerk