```
                    UNITED STATES DISTRICT COURT
                         DISTRICT OF NEVADA
                           RENO, NEVADA
```

KENNETH LAW,                       )   3:07-CV-00262-ECR-VPC
                                   )
    Plaintiff,                     )   MINUTES OF THE COURT
                                   )
vs.                                )   DATE: May 1, 2009
                                   )
E. K. McDANIEL, et al.,            )
                                   )
    Defendants.                    )
_____)

PRESENT:    EDWARD C. REED, JR.                    U. S. DISTRICT JUDGE

Deputy Clerk:  COLLEEN LARSEN        Reporter:     NONE APPEARING

Counsel for Plaintiff(s)             NONE APPEARING

Counsel for Defendant(s)             NONE APPEARING

MINUTE ORDER IN CHAMBERS

     On April 3, 2009, the Magistrate Judge filed a Report and Recommendation (#67) recommending that this Court enter an order dismissing this case with prejudice as to Defendant William Eleby, thus granting Eleby's Motion for Summary Judgment (#60) and Plaintiff's Motion to Dismiss (#64) as to Eleby.

     No objections were filed to the Report and Recommendation, which is well taken.

     **IT IS, THEREFORE, HEREBY ORDERED** that the Report and Recommendation (#67) is **APPROVED** and **ADOPTED**.

     **IT IS FURTHER ORDERED** that Defendant Eleby's Motion for Summary Judgment (#60) is **GRANTED** and Plaintiff's Motion to Dismiss (#64) is **GRANTED**.

     **IT IS FURTHER ORDERED** that this action is **DISMISSED** with prejudice as to Defendant Eleby.

```
                                    LANCE S. WILSON, CLERK
                                    By    /s/
                                           Deputy Clerk
```