```
                    UNITED STATES DISTRICT COURT
                         DISTRICT OF NEVADA
                           RENO, NEVADA
```

KENNETH LAW,                       )   3:07-CV-00262-ECR-VPC
                                   )
    Plaintiff,                     )   MINUTES OF THE COURT
                                   )
vs.                                )   DATE: October 23, 2009
                                   )
E. K. McDANIEL, et al.,            )
                                   )
    Defendants.                    )
_____)

PRESENT:     EDWARD C. REED, JR.                    U. S. DISTRICT JUDGE

Deputy Clerk:   COLLEEN LARSEN          Reporter:      NONE APPEARING

Counsel for Plaintiff(s)                NONE APPEARING

Counsel for Defendant(s)                NONE APPEARING

MINUTE ORDER IN CHAMBERS

    On September 8, 2009, the Magistrate Judge filed a Report and Recommendation (#77) recommending that Defendants' Motion for Summary Judgment (#62) be granted.

    Plaintiff filed Objections (#80) to the Report and Recommendation (#77), which are without merit.

    **IT IS HEREBY ORDERED** that the Report and Recommendation (#77) of the Magistrate Judge is **APPROVED** and **ADOPTED**.

    **IT IS FURTHER ORDERED** that Defendants' Motion for Summary Judgment (#62) is **GRANTED**.

    The Clerk shall enter judgment accordingly.

    Plaintiff's Eighth Amendment claim fails because there is no showing of deliberate indifference by Defendants.  Moreover, Plaintiff has not shown that Defendants were the actual or proximate cause of any alleged injury.

```
                                        LANCE S. WILSON, CLERK
                                        By     /s/
                                             Deputy Clerk
```