AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

***** DISTRICT OF  NEVADA

KENNETH LAW,

      Plaintiff,                 JUDGMENT IN A CIVIL CASE

  V.

                                    CASE NUMBER: **3:07-CV-00262-ECR-VPC**

E. K. McDANIEL, et al.,

      Defendants.

___    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_    **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** that Defendants McDaniel, Endel, and Miller's Motion for Summary Judgment (#62) is GRANTED.

  October 26, 2009                                  **LANCE S. WILSON**
                                                                   Clerk

                                                                   D. R. Morgan
                                                                   Deputy Clerk